# Court of Appeals
# of the State of Georgia

ATLANTA,  November 18, 2025

*The Court of Appeals hereby passes the following order:*

**A26D0188. ERNEST TEPPER v. SARASOTA CCM INC.**

On November 22, 2024, the trial court granted Sarasota CCM Inc.'s motion for summary judgment and entered a judgment in the amount of $116,961.74 against Ernest Tepper. On November 11, 2025, Tepper filed this application for discretionary appeal.[1]

Under OCGA § 9-11-56 (h), the grant of summary judgment is reviewable by direct appeal. *City of Demorest v. Town of Mount Airy*, 282 Ga. 653, 654, n. 1 (653 SE2d 43) (2007). Ordinarily, when a party applies for discretionary appeal of a directly appealable order, we grant the application under OCGA § 5-6-35 (j). However, to fall within this general rule, the application must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d), (j). This filing deadline is jurisdictional, and this Court must dismiss an untimely application. See *Crosson v. Conway*, 291 Ga. 220, 220-221 (1) (728 SE2d 617) (2012). Here, because Tepper filed his discretionary application almost a year after the trial court's order was entered, the application is untimely.

---

[1] We dismissed Tepper's direct appeal from the trial court's order denying his motion to set aside the judgment. See Case No. A26A0646 (Oct. 30, 2025)

Accordingly, we lack jurisdiction, and this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___11/18/2025_____*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*